IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SAMBA SOUMARE,

    Petitioner,

  v.

Case No. 18-cv-1001-bbc

DANIEL WINKLESKI,

    Respondent.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Samba Soumare's petition for writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case with prejudice.

| /s/ | 2/21/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |